THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KATIE STANKOWITZ, Appellant.— Judgment and order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES ROSNER, Appellant.— Judgment reversed and information dismissed, on the ground that there was insufficient evidence of any intent to commit a crime. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CARL MILLER v. MAX SPITZER and Others.— Motion granted so far as to permit respondent to file a typewritten brief, or, if he so desires, to argue the appeal without submitting any brief, and in other respects denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of DAVISON CHEESE CO., INC., v. DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Preference granted for April 24, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JERRY J. VOGEL v. JOHN FRANKLIN MUSIC CO., INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LINTEX MANUFACTURING CORPORATION, Appellant, v. CONSOLIDATED BELGIAN LINEN MILLS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ABRAHAM SILVERBERG, an Infant, by DINA SILVERBERG, His Guardian ad Litem, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that a question of fact was presented for the jury as to whether the defendant was negligent. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RUDOLPH J. PFEIFFER, Respondent, v. TOPICS PUBLISHING COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley and Proskauer, JJ.

THE BANK OF AMERICA and ARTHUR G. BUEHLER, as Trustees, Respondents, Appellants, v. JOSEPH BUEHLER, Appellant, Respondent, and JOSEPH BUEHLER, JR., and Others, Respondents, Appellants.— Judgment modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE BANK OF AMERICA and ARTHUR G. BUEHLER, as Trustees, Respondents, v. JOSEPH BUEHLER, Appellant, and JOSEPH BUEHLER, JR., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL LOWENTHAL, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN MALLOY, Respondent, v. FRANK CLANCY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY AMELIA MALLOY, Respondent, v. FRANK CLANCY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARGARET P. JOHNSTONE, Appellant, v. ROBERT S. JOHNSTONE, Respondent.—